MIE 3
Revised 07/12

Order of the Court to Dismiss/Recall Violation Petition

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Michigan

UNITED STATES OF AMERICA

    v.

TEASLEY-TURNER, Devon                 Crim. No.: 16-CR-20329-1

On 03/10/2017 the Court authorized a petition and warrant for probation violation charges.

The probation department is recommending that the violation petition be dismissed and the warrant be recalled and supervision continued to the original expiration date.

Reviewed and Approved:                        Respectfully submitted,

s/Dennis P. Favor                              s/Tracy Kosmas
United States Probation Officer              Supervising United States Probation Officer
(313) 234-5433                                 (313) 234-5272

## ORDER OF THE COURT

Pursuant to the above, it is ordered that the pending violation matter be dismissed and supervision in this case be continued. All conditions imposed at the time of sentencing, along with any subsequent modifications to those conditions, remain in effect.

Dated this 5th Day of July, 2017.

                                                       s/Matthew F. Leitman
                                                       Matthew F. Leitman
                                                       United States District Judge

cc: U.S. Marshal